

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00567-CR

Martin Daniel **MORALES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 7, Bexar County, Texas
Trial Court No. 567057
Honorable Genie Wright, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is **DISMISSED**. The clerk of this court is **ORDERED** to immediately issue the mandate.

SIGNED December 5, 2018.

_____
Luz Elena D. Chapa, Justice